**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**VINCENT R. MANGIN,**
               **Plaintiff,**

**-vs-**                         **Case No. 6:07-cv-1649-Orl-18KRS**

**JOHN W. ROBERTSON, JR.,**
**FLORIDA DEPARTMENT OF HEALTH,**
**FISH HOSPITAL,**
               **Defendants.**

_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

      This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS (Doc. No. 32)** |
| **FILED:** | August 14, 2008 |
| **THEREON** it is **RECOMMENDED** that the motion be **DENIED**. | |

      On June 24, 2008, the Court entered an order granting Defendants' motions to dismiss and dismissing Plaintiff Vincent R. Mangin's case with prejudice. Doc. No. 29. On August 4, 2008, Mangin filed a "Motion for Appeal," which the Court construed as a notice of appeal. Currently before the Court is Mangin's motion for leave to appeal *in forma pauperis*.

      Pursuant to 28 U.S.C. § 1915(e), "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." In the present action, Mangin cannot prevail on appeal because his notice of appeal was filed untimely. Rule 4 of the Federal Rules of

Appellate Procedure require the notice of appeal to be filed within 30 days after the judgment or order appealed from was entered. "Filing a timely notice of appeal is 'mandatory and jurisdiction' and if a [party] . . . fails to do so, a court of appeals is 'without jurisdiction to review the decision on the merits.'" *U.S. v. Machado*, 465 F.3d 1301, 1305 (11th Cir. 2006)(quoting *Budinich v. Becton Dickinson and Co.*, 486 U.S. 196, 203 (1988)). Because Mangin's notice of appeal was filed 51 days after the Court's order dismissing his case, Mangin cannot prevail on his appeal.

Because Mangin's notice of appeal cannot succeed as a matter of law, I respectfully recommend that the motion be **DENIED**, and that the Court **CERTIFY** that the appeal is not taken in good faith. The Clerk of Court should serve a copy of the Court's ruling on this Report and Recommendation on the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on August 15, 2008.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy