**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**VINCENT R. MANGIN,**
               **Plaintiff,**

**-vs-**                                             **Case No. 6:07-cv-1649-Orl-18KRS**

**JOHN W. ROBERTSON, JR.,**
**FLORIDA DEPARTMENT OF HEALTH,**
**FISH HOSPITAL,**
               **Defendants.**

_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

    This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS (Doc. No. 34)** |
| **FILED:** | August 21, 2008 |
| **THEREON** it is **RECOMMENDED** that the motion be **DENIED**. | |

    This is Plaintiff Vincent R. Mangin's second motion for leave to appeal *in forma pauperis*. A Report and Recommendation regarding Mangin's first motion for leave to appeal *in forma pauperis* is still pending before the presiding judge. Doc. No. 33.

    Mangin's second motion for leave to appeal *in forma pauperis* is substantively the same as his first motion. As set forth in my first Report and Recommendation, Mangin failed to file a notice of appeal within the time allowed. Therefore, he cannot succeed on appeal as a matter of law. Again,

I respectfully recommend that the motion be **DENIED**, and that the Court **CERTIFY** that the appeal is not taken in good faith.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on August 25, 2008.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy