UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VINCENT R. MANGIN,
          Plaintiff,

-vs-                                   Case No. 6:07-cv-1649-Orl-18KRS

JOHN W. ROBERTSON, JR.,
FLORIDA DEPARTMENT OF HEALTH,
FISH HOSPITAL,
          Defendants.
_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Motions for Leave to Appeal In Forma Pauperis (Doc No. 32. and Doc. No. 34). The Court having reviewed the report and recommendations of the magistrate judge, and there being no objections to the reports filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendations of the magistrate judge filed on August 15, 2008 and August 25, 2008 are hereby **APPROVED**. Therefore, it is

**ORDERED** that the motions are **DENIED**. Furthermore, the Court **CERTIFIES** that the appeal is not taken in good faith. The Clerk of the Court is directed to serve a copy of this ruling on the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit.

It is **SO ORDERED** in Orlando, Florida, this ___16___ day of September, 2008.

                                                           G. KENDALL SHARP
                                                           Senior United States District Judge

Copies to:
Unrepresented Party
Eleventh Circuit Court of Appeal
United States Magistrate Judge